

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (718) 914-9694

Email: acohen@ealg.law

<u>**VIA ECF**</u>
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

March 14, 2025

RE: **Riley v. Turnbull & Asser (Usa), LLC. DOCKET NO. 1:25-cv-52**

Dear Judge Failla:

The undersigned represents Amanie Riley, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement. Thank you for your time and consideration on this matter.

Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

<u>**/s/ Asher H. Cohen**</u>

By: Asher H. Cohen, Esq.
    68-29 Main Street,
    Flushing, NY 11367
    Tel: +1 (718) 914-9694
    Email: acohen@ealg.law

